# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID S. DUPLECHAIN

NO. 2021 KW 0545

**JULY 19, 2021**

---

In Re: David S. Duplechain, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 605,937.

---

**BEFORE: WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, 4-3, and 4-5 (C)(11), by failing to provide this court with evidence of a timely filed notice of intent and documentation of a return date set by the district court. Additionally, relator failed to comply with Rules 4-5(C)(8), (9), and (10), as he failed to provide this court with a copy of the bill of information or indictment, a copy of any opposition filed, and all pertinent minute entries. Furthermore, although it is not a violation of the Uniform Rules, we note that relator failed to provide this court with a copy of any pertinent transcripts necessary to review his claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 17, 2021. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT